Warren L. Dranit, Esq. (State Bar No. 160252)
Karin P. Beam, Esq. (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone:   (707) 524-1900
Facsimile:   (707) 524-1906
email: dranit@smlaw.com; beam@smlaw.com
Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

Craig M. Stainbrook, Esq. (State Bar No. 160876)
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, CA 95403
Telephone:   (707) 578-9333
Facsimile:   (707) 578-3133
email: craig@northbay-iplaw.com
Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

Ronald P. Oines, Esq. (State Bar No. 145016)
Rutan & Tucker LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone:   (714) 662-4680
Facsimile:   (714) 546-9035
email: roines@rutan.com
Attorneys for Defendants Vue Technology LLC and David D'Aquin

U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI,<br><br>Plaintiffs,<br><br>vs.<br><br>VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN,<br><br>Defendants. | Case No.: C 07-02635 EDL<br><br>STIPULATION RE: SERVICE AND COMPLAINT RESPONSE AND [~~PROPOSED~~] ORDER |

The parties hereto, by and through their counsel, Karin P. Beam of Spaulding McCullough & Tansil LLP for plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri, and Ronald P. Oines of Rutan & Tucker LLP for defendants Vue Technology LLC and David D'Aquin, do hereby stipulate, as follows:

1

1. In order to work toward resolution of the matters in dispute among them, the parties agree that attorney Ronald P. Oines of Rutan & Tucker LLP will accept service of the Complaint herein for both defendants, Vue Technology LLC and David D'Aquin.

2. The defendants will have 50 days to respond to the Complaint, to and including July 30, 2007, so that during that intervening time, documents can be exchanged and resolution attempted. All pending Court dates will be maintained.

DATED: June 12, 2007

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Plaintiffs
PACIFIC GARDEN SUPPLY, INC., THOMAS GHIGLIERI, and JULIA GHIGLIERI

By: _____
Karin P. Beam

DATED: June 13, 2007

RUTAN & TUCKER LLP
Attorneys for Defendants
VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN

By: _____
Ronald P. Oines

ORDER

IT IS SO ORDERED.

DATED: June 25, 2007

_____
Magistrate Judge Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

3

STIPULATION RE SERVICE AND COMPLAINT RESPONSE                                              Case No. C 07-02635 EDL
*Pacific Garden Supply, Inc. v. Vue Technology, LLC*