Warren L. Dranit, Esq. (State Bar No. 160252)
Karin P. Beam, Esq. (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
email: dranit@smlaw.com; beam@smlaw.com
Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

Craig M. Stainbrook, Esq. (State Bar No. 160876)
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, CA 95403
Telephone: (707) 578-9333
Facsimile: (707) 578-3133
email: craig@northbay-iplaw.com
Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

Ronald P. Oines, Esq. (State Bar No. 145016)
RUTAN & TUCKER LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 662-4680
Facsimile: (714) 546-9035
email: roines@rutan.com
Attorneys for Defendants Vue Technology LLC and David D'Aquin

U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI,<br><br>Plaintiffs,<br><br>vs.<br><br>VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN,<br><br>Defendants. | Case No.: C 07-02635 EDL<br><br>STIPULATION RE: SERVICE AND COMPLAINT RESPONSE AND [~~PROPOSED~~] ORDER |

The parties hereto, by and through their counsel, Karin P. Beam of Spaulding McCullough & Tansil LLP for plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri, and Ronald P. Oines of Rutan & Tucker LLP for defendants Vue Technology LLC and David D'Aquin, do hereby stipulate and request this Court as follows:

1

1.	In order to continue to work toward resolution of the matters in dispute among them, the parties agree that the defendants will have an additional 40 days to respond to the Complaint, to and including September 10, 2007, so that during that intervening time additional documents can be exchanged and third party records obtained toward informal and less costly resolution of the matter.

2.	The parties hereby request that the Initial Case Management Conference now set for August 21, 2007, be continued to a date after September 10, 2007, with the Rule 26 Disclosure Report and related dates also moved to dates reflecting a modified Case Management Conference so as to enable settlement of the matter before additional attorney fees and costs are incurred.

DATED: July 23, 2007

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Plaintiffs
PACIFIC GARDEN SUPPLY, INC., THOMAS GHIGLIERI, and JULIA GHIGLIERI

By: /s/ Karin P. Beam

DATED: July 23, 2007

RUTAN & TUCKER LLP
Attorneys for Defendants
VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN

By: /s/ Ronald P. Oines

1 | ORDER

2 | ~~IT IS SO ORDERED.~~
  The initial case management conference is continued to September 18, 2007 at 3:00 p.m. An updated
3 | joint case management conference statement shall be filed no later than September 11, 2007.

   IT IS SO ORDERED.
4 | DATED: _____ July 24, 2007          _____
                                            Magistrate Judge Elizabeth D. Laporte



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

3