1  Warren L. Dranit, Esq. (State Bar No. 160252)
   Karin P. Beam, Esq. (State Bar No. 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA 95402
4  Telephone:    (707) 524-1900
   Facsimile:     (707) 524-1906
5  email: dranit@smlaw.com; beam@smlaw.com
   Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri
6
   Craig M. Stainbrook, Esq. (State Bar No. 160876)
7  STAINBROOK & STAINBROOK, LLP
   412 Aviation Boulevard, Suite H
8  Santa Rosa, CA 95403
   Telephone:    (707) 578-9333
9  Facsimile:     (707) 578-3133
   email: craig@northbay-iplaw.com
10 Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

11 Ronald P. Oines, Esq. (State Bar No. 145016)
   Rutan & Tucker LLP
12 611 Anton Boulevard, Suite 1400
   Costa Mesa, CA 92626
13 Telephone:    (714) 662-4680
   Facsimile:     (714) 546-9035
14 email: roines@rutan.com
   Attorneys for Defendants Vue Technology LLC and David D'Aquin
15

16                          U. S. DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
17

18 | PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI, | Case No.: C 07-02635 EDL |
|---|---|
| Plaintiffs, | STIPULATION RE: SERVICE AND COMPLAINT RESPONSE AND [PROPOSED] ORDER |
| vs. | |
| VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN, | |
| Defendants. | |

   The parties hereto, by and through their counsel, Karin P. Beam of Spaulding McCullough & Tansil LLP for plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri, and Ronald P. Oines of Rutan & Tucker LLP for defendants Vue Technology LLC and David D'Aquin, do hereby stipulate and request this Court as follows:

                                            1

1. In order to continue to work toward resolution of the matters in dispute among them, the parties agree that the defendants will have an additional 40 days to respond to the Complaint, to and including October 22, 2007, so that during that intervening time additional documents can be exchanged and third party records obtained toward informal and less costly resolution of the matter.

2. The parties hereby request that the Initial Case Management Conference now set for September 18, 2007, be continued to a date after October 22, 2007, with the Rule 26 Disclosure Report and related dates also moved to dates reflecting a modified Case Management Conference so as to enable settlement of the matter before additional attorney fees and costs are incurred.

DATED: September 5, 2007        SPAULDING McCULLOUGH & TANSIL LLP
                                Attorneys for Plaintiffs
                                PACIFIC GARDEN SUPPLY, INC., THOMAS
                                GHIGLIERI, and JULIA GHIGLIERI

                                By: _____
                                    Karin P. Beam

DATED: September 5, 2007        RUTAN & TUCKER LLP
                                Attorneys for Defendants
                                VUE TECHNOLOGY LLC, a Louisiana limited
                                liability corporation, and DAVID D'AQUIN

                                By: _____
                                    Ronald P. Oines

2

STIPULATION RE SERVICE AND COMPLAINT RESPONSE
Pacific Garden Supply, Inc. v. Vue Technology, LLC                    Case No. C 07-02635 EDL

1
2

## ORDER

3        The initial case management conference is continued to _____ at _____.
4 An updated joint case management conference statement shall be filed no later than
5 _____.
6
7        IT IS SO ORDERED.
8
9 DATED: _____            _____
                                          Magistrate Judge Elizabeth D. Laporte
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3