1  Warren L. Dranit, Esq. (State Bar No. 160252)
   Karin P. Beam, Esq. (State Bar No. 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA 95402
4  Telephone:   (707) 524-1900
   Facsimile:   (707) 524-1906
5  email: dranit@smlaw.com; beam@smlaw.com
   Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri
6
   Craig M. Stainbrook, Esq. (State Bar No. 160876)
7  STAINBROOK & STAINBROOK, LLP
   412 Aviation Boulevard, Suite H
8  Santa Rosa, CA 95403
   Telephone:   (707) 578-9333
9  Facsimile:   (707) 578-3133
   email: craig@northbay-iplaw.com
10 Attorneys for Plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

11 Ronald P. Oines, Esq. (State Bar No. 145016)
   Rutan & Tucker LLP
12 611 Anton Boulevard, Suite 1400
   Costa Mesa, CA 92626
13 Telephone:   (714) 662-4680
   Facsimile:   (714) 546-9035
14 email: roines@rutan.com
   Attorneys for Defendants Vue Technology LLC and David D'Aquin
15

16                          U. S. DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
17

18 | PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI, | Case No.: C 07-02635 EDL |
   |---|---|
19 | | |
20 | Plaintiffs, | STIPULATION RE: SERVICE AND COMPLAINT RESPONSE AND [~~PROPOSED~~] ORDER |
21 | vs. | |
22 | VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN, | |
23 | | |
24 | Defendants. | |

25      The parties hereto, by and through their counsel, Karin P. Beam of Spaulding McCullough

26 & Tansil LLP for plaintiffs Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri, and

27 Ronald P. Oines of Rutan & Tucker LLP for defendants Vue Technology LLC and David D'Aquin,

28 do hereby stipulate and request this Court as follows:

                                         1

1. In order to continue to work toward resolution of the matters in dispute among them, the parties agree that the defendants will have an additional 40 days to respond to the Complaint, to and including October 22, 2007, so that during that intervening time additional documents can be exchanged and third party records obtained toward informal and less costly resolution of the matter.

2. The parties hereby request that the Initial Case Management Conference now set for September 18, 2007, be continued to a date after October 22, 2007, with the Rule 26 Disclosure Report and related dates also moved to dates reflecting a modified Case Management Conference so as to enable settlement of the matter before additional attorney fees and costs are incurred.

DATED: September 5, 2007

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Plaintiffs
PACIFIC GARDEN SUPPLY, INC., THOMAS GHIGLIERI, and JULIA GHIGLIERI

By: _____
Karin P. Beam

DATED: September 5, 2007

RUTAN & TUCKER LLP
Attorneys for Defendants
VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN

By: _____
Ronald P. Oines

ORDER

The initial case management conference is continued to November 6, 2007 at 10:00 am. An updated joint case management conference statement shall be filed no later than October 30, 2007.

IT IS SO ORDERED.

DATED: September 6, 2007    _____
                             Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*