Warren L. Dranit, Esq. (State Bar No. 160252)
Karin P. Beam, Esq. (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
email: dranit@smlaw.com; beam@smlaw.com

Craig M. Stainbrook, Esq. (State Bar No. 160876)
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, CA 95403
Telephone: (707) 578-9333
Facsimile: (707) 578-3133
email: craig@northbay-iplaw.com

Attorneys for Plaintiffs
Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI,<br><br>Plaintiffs,<br><br>vs.<br><br>VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN,<br><br>Defendants. | Case No.: C 07-02635 EDL<br><br>NOTICE OF CONDITIONAL SETTLEMENT OF CASE |

The parties hereto advise the court that they have reached a settlement in the above-referenced matter, conditioned on final approval of settlement documents currently in process. The parties respectfully request that the court provide an additional 30 days for all currently calendared proceedings in the matter, so as to allow time for the parties to complete the settlement paperwork and file a dismissal in the case.

DATED: October 15, 2007    SPAULDING McCULLOUGH & TANSIL LLP
                            Attorneys for Plaintiffs PACIFIC GARDEN SUPPLY,
                            INC., THOMAS GHIGLIERI, and JULIA GHIGLIERI

                            By: _____/s/_____
                                Warren L. Dranit

1