IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GARDEN SUPPLY, | No. C-07-02635 EDL |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| VUE TECHNOLOGY LLC, | |
|     Defendant. | |

On October 15, 2007, Plaintiffs filed a Notice of Conditional Settlement of Case requesting a thirty-day extension of all currently calendared proceedings in this matter to allow time for the parties to complete the settlement paperwork for this case and to file a dismissal. Good cause appearing, the Initial Case Management Conference is continued to December 11, 2007 at 10:00 a.m. The parties shall file a joint Case Management Conference statement no later than December 4, 2007.

**IT IS SO ORDERED.**

Dated: October 18, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge