Warren L. Dranit, Esq. (State Bar No. 160252)
Karin P. Beam, Esq. (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
email: dranit@smlaw.com; beam@smlaw.com

Craig M. Stainbrook, Esq. (State Bar No. 160876)
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, CA 95403
Telephone: (707) 578-9333
Facsimile: (707) 578-3133
email: craig@northbay-iplaw.com

Attorneys for Plaintiffs
Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI,<br><br>Plaintiffs,<br><br>vs.<br><br>VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN,<br><br>Defendants. | Case No.: C 07-02635 EDL<br><br>SUPPLEMENTAL NOTICE OF CONDITIONAL SETTLEMENT OF CASE |

On or about October 15, 2007, the parties to this action filed their original Notice of Conditional Settlement of Case and respectfully requested 30 days to finalize the settlement documents. In response, this Court continued the Initial Case Management Conference to December 11, 2007 and ordered the parties to file a joint Case Management Conference statement no later than December 4, 2007. The parties hereto advise the Court that they have continued to coordinate the drafting of the settlement documents in this matter. Numerous drafts have been exchanged and the parties expect to finalize the documents within the next 2 weeks. The parties respectfully request that the court provide an additional 30 days for all currently calendared

1  proceedings in the matter to allow time to complete the settlement documents which the parties
2  expect will result in the conclusion of this pending action.

3  DATED: December 3, 2007                SPAULDING McCULLOUGH & TANSIL LLP
                                          Attorneys for Plaintiffs PACIFIC GARDEN SUPPLY,
4                                         INC., THOMAS GHIGLIERI, and JULIA GHIGLIERI

5                                         By:  _____/s/_____
                                               Warren L. Dranit