Warren L. Dranit, Esq. (State Bar No. 160252)
Karin P. Beam, Esq. (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone:   (707) 524-1900
Facsimile:    (707) 524-1906
email: dranit@smlaw.com; beam@smlaw.com

Craig M. Stainbrook, Esq. (State Bar No. 160876)
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, CA 95403
Telephone:   (707) 578-9333
Facsimile:    (707) 578-3133
email: craig@northbay-iplaw.com

Attorneys for Plaintiffs
Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI,<br><br>Plaintiffs,<br><br>vs.<br><br>VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN,<br><br>Defendants. | Case No.: C 07-02635 EDL<br><br>STIPULATION AND [PROPOSED] CONSENT JUDGMENT |

In the settlement of this action, plaintiffs THOMAS GHIGLIERI, JULIA GHIGLIERI and PACIFIC GARDEN SUPPLY, INC. (collectively, "Plaintiffs") and defendants DAVID D'AQUIN and VUE TECHNOLOGY, LLC ("collectively, "Defendants") have executed a Settlement Agreement effective on or about December 11, 2007 (the "Settlement Agreement"). Further to that Settlement Agreement, and good cause appearing therefor, it is hereby stipulated by and between Plaintiffs and Defendants that the Court order the following Consent Judgment:

1

1.    This Court has original subject matter jurisdiction over this matter under 28 U.S.C. §§1331, 1332 and 1333 and 15 U.S.C. §1121. Furthermore, the Court has supplemental jurisdiction under 28 U.S.C. §1367.

2.    On March 28, 2000, U.S. Patent No. 6,042,250 (" '250 Patent") entitled Horticultural Lighting System for Providing Illumination from an Elevated Height issued to Steven Vincent Stragnola of San Rafael, California. The '250 Patent has been duly assigned to Thomas Ghiglieri and Julia Ghiglieri.

3.    The Ghiglieris also own the federally registered trademark LUMENARC for use in connection with lighting products. The registration of LUMENARC on the U.S. Principal Register issued on December 23, 1997 and is assigned Registration No. 2,123,077. The Ghiglieris also use the "L3" trademark in connection with its lighting products. LUMENARC and "L3" are collectively referred to herein as the "Trademarks".

4.    Defendants, individually and on behalf of their officers, employees, managers, successors, assigns, members and agents, acknowledge that the '250 Patent is valid and enforceable in all respects, and further agree that Defendants shall not directly or indirectly attack, undermine or challenge the validity or enforceability of any of the '250 Patent in any forum in the future.

5.    Defendants, individually and on behalf of their officers, employees, managers, successors, assigns, members and agents, shall not directly or indirectly attack, undermine or challenge (a) the right, title or interest of the Ghiglieris to the Trademarks and any registrations thereof, or (b) the validity of the Trademarks and any registrations thereof.

6.    All parties shall carry out each and every of their respective obligations and duties under the Settlement Agreement.

7.    Attorney's fees and costs shall be borne as set forth in the Settlement Agreement.

8.    This Court shall retain jurisdiction to consider any dispute or action to enforce the terms of this Consent Judgment or of the parties' Settlement Agreement, the terms of which are incorporated herein by reference.

IT IS SO STIPULATED.

1　DATED: December 18, 2007　　　　SPAULDING McCULLOUGH & TANSIL LLP
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
2　　　　　　　　　　　　　　　　　　PACIFIC GARDEN SUPPLY, INC., THOMAS
　　　　　　　　　　　　　　　　　　GHIGLIERI, and JULIA GHIGLIERI
3

4
　　　　　　　　　　　　　　　　　　By: _____
5　　　　　　　　　　　　　　　　　　　　Karin P. Beam

6　DATED: December 18, 2007　　　　RUTAN & TUCKER LLP
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
7　　　　　　　　　　　　　　　　　　VUE TECHNOLOGY LLC, a Louisiana limited
　　　　　　　　　　　　　　　　　　liability corporation, and DAVID D'AQUIN
8

9
　　　　　　　　　　　　　　　　　　By: _____
10　　　　　　　　　　　　　　　　　　　Ronald P. Oines

3

# ORDER

There being no just reason for delay, IT IS SO ORDERED and judgment shall be entered accordingly.

DATED: _____    _____
                                                      U.S. District Court Judge