Warren L. Dranit, Esq. (State Bar No. 160252)
Karin P. Beam, Esq. (State Bar No. 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
email: dranit@smlaw.com; beam@smlaw.com

Craig M. Stainbrook, Esq. (State Bar No. 160876)
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, CA 95403
Telephone: (707) 578-9333
Facsimile: (707) 578-3133
email: craig@northbay-iplaw.com

Attorneys for Plaintiffs
Pacific Garden Supply, Inc., Thomas Ghiglieri, and Julia Ghiglieri

U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GARDEN SUPPLY, INC., a California corporation, THOMAS GHIGLIERI, and JULIA GHIGLIERI,<br><br>Plaintiffs,<br><br>vs.<br><br>VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN,<br><br>Defendants. | Case No.: C 07-02635 EDL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE    Case No. C 07-02635 EDL
*Pacific Garden Supply, Inc. v. Vue Technology, LLC*

1  DATED: December 19, 2007

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Plaintiffs PACIFIC GARDEN SUPPLY, INC., THOMAS GHIGLIERI and JULIA GHIGLIERI

By: _____
Karin P. Beam

6  DATED: December 19, 2007

RUTAN & TUCKER LLP
Attorneys for Defendants
VUE TECHNOLOGY LLC, a Louisiana limited liability corporation, and DAVID D'AQUIN

By: _____
Ronald P. Oines

---

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
*Pacific Garden Supply, Inc. v. Vue Technology, LLC*

2

Case No. C 07-02635 EDL